Moore v. Comm'r of Soc. Sec.

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## <u>SUMMARY ORDER</u>

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING TO A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 13th day of December, two thousand twelve.

PRESENT:
           DENNIS JACOBS,
                <u>Chief Judge</u>,
           RALPH K. WINTER,
                <u>Circuit Judge</u>,
           LAURA TAYLOR SWAIN,
                <u>District Judge</u>.*

_____

Doris J. Moore,

          <u>Plaintiff-Appellant</u>,

          v.                                    11-4949

Commissioner of Social Security,

          <u>Defendant-Appellee</u>.

_____


FOR APPELLANT:      Doris J. Moore, <u>pro se</u>, Brooklyn, NY.

---

\* Judge Laura Taylor Swain, of the United States District Court for the Southern District of New York, sitting by designation.

FOR APPELLEES:     Loretta E. Lynch, United States Attorney for the Eastern District of New York, Varuni Nelson, Kathleen A. Mahoney, Timothy D. Lynch, Assistant United States Attorneys, Of Counsel, Brooklyn, NY.

Appeal from an order of the United States District Court for the Eastern District of New York (Amon, J.).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the district court is **AFFIRMED**.

Appellant Doris J. Moore, pro se, appeals from the district court's judgment granting the motion of the Commissioner of Social Security (the "Commissioner") for judgment on the pleadings in Moore's action seeking judicial review of a final decision of the Commissioner. We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

We review de novo a district court's decision granting a motion for judgment on the pleadings. Desiano v. Warner-Lambert & Co., 467 F.3d 85, 89 (2d Cir. 2006). Doing so in this context requires us to examine the administrative record "to determine whether there is substantial evidence supporting the Commissioner's decision and whether the Commissioner applied the correct legal standard." Machadio v. Apfel, 276 F.3d 103, 108 (2d Cir. 2002). Substantial evidence is "more than a mere scintilla" and "means such relevant evidence as a reasonable mind might accept as adequate to support a conclusion." Burgess v. Astrue, 537 F.3d 117, 127 (2d Cir. 2008) (internal citation and quotation marks omitted). In deciding whether substantial evidence exists, we defer to the Commissioner's resolution of conflicting evidence. Clark v. Comm'r of Soc. Sec., 143 F.3d 115, 118 (2d Cir. 1998).

Here, for the reasons stated by the district court, the Commissioner's decision was legally correct and supported by substantial evidence. Moore has identified no legal or factual error in the decisions of the district court or ALJ. Substantial evidence in the administrative record supports the ALJ's determination. Accordingly, the judgment of the district court is hereby **AFFIRMED**.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

2